| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com | **Order Filed on October 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>John J. Adamo, Jr.<br><br>Debtors | CASE NO.: 19-10355<br><br>CHAPTER: 13<br><br>HON. JUDGE.:<br>Michael B. Kaplan<br><br>HEARING DATE:<br> September 25, 2019 at 9:00 AM |

### ORDER GRANTING IN-REM RELIEF FROM THE AUTOMATIC STAY REGARDING REAL PROPERTY

The relief set forth on the following pages numbered two to three (2-3) is hereby **ORDERED**.

**DATED: October 3, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, for vacatur of the automatic stay under 11 U.S.C. § 362(d)(1), in rem relief under 11 U.S.C. § 362(d)(4)(A), and waiver of the stay provision under Fed R. Bankr. Pr. 4001(a)(3) as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated, in rem relief is granted, and the 14-day stay after entry of this Order is waiver to permit the movant to immediately institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[X] Real property more fully described as: 1961 Bayonne Avenue, Whiting, NJ 08759
[ ] Personal property more fully described as: N/A

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. § 362(a) be, and is hereby, modified to permit SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 1961 Bayonne Avenue, Whiting, NJ 08759; and it is further

**ORDERED**, that, under 11 U.S.C. § 362(d)(4), and provided that this order is recorded in conformity therewith, this order terminating the automatic stay under 11 U.S.C. § 362(a) as to Movant's interest in the Property shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property that is filed not later than two years after the date of this order, such that the automatic stay under 11 U.S.C. § 362(a) shall not apply to Movant's interest in the Property; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral; and it is further

**ORDERED**, that the Co-Debtor stay against "Lori Adamo" is lifted pursuant to 11 U.S.C. 1301(c); and it is further

~~**ORDERED** that the Movant is granted reasonable attorney fees in the amount of $850.00 and costs in the amount of $181.00 as provided in the loan documents; and it is further~~

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.